FILED

JAN 06 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   **1:26CR00007-SNLJ-ACL** |
| | ) | |
| DANNY RAY LONG, | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about March 5, 2025, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**DANNY RAY LONG,**

in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee / buyer of the firearm on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms Transaction Records, which representations were false, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

1

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY


_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY

2